IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

NELSON ORTIZ,                         :
                                      :     CIV. NO. 21-19953 (RMB-AMD)
               Plaintiff              :
                                      :
     v.                               :            **ORDER**
                                      :
SGT. R. MENDIBLES, *et al.*,          :
                                      :
               Defendants             :

For the reasons set forth in the accompanying Opinion,

**IT IS** therefore on this **17th day of May 2023**,

**ORDERED** that Defendants' motion to dismiss (Docket No. 24) under Fed. R. Civ.

P. 12(b)(4), (5) and 41(b) is **DENIED**; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order and accompanying

Opinion on Plaintiff by regular U.S. mail.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**Chief United States District Judge**
