# BARKER, GELFAND, JAMES & SARVAS

*Attorneys at Law*
A Professional Corporation

***Atlantic County Office:***
210 New Road
Linwood Greene – Suite 12
Linwood, New Jersey 08221
(609) 601-8677
(609) 601-8577 – Telefax

A. Michael Barker *
Todd J. Gelfand **
Vanessa E. James **+
Jeffrey P. Sarvas

Greg DiLorenzo
Adam E. Barker

***Burlington County Office:***
1 Eves Drive, Suite 111
Marlton, New Jersey 08053
(609) 601-8677
(609) 601-8577 – Telefax
E-Mail:
TGelfand@BarkerLawFirm.net
*By Appointment Only*

***Gloucester County Office:***
91 Circle Avenue
Pitman, New Jersey 08071
(856) 244-1854
Email: VJames@BarkerLawFirm.net
*By Appointment Only*

* Certified By the Supreme Court of New Jersey as a Civil Trial Attorney
** Licensed to Practice in Pennsylvania
+ Association of Workplace Investigators – Certificate Holder

Website: www.barkerlawfirm.net
e-mail: AMBarker@BarkerLawFirm.net

SO ORDERED this 7th day of March 20 25

*[signature]*
Renée Marie Bumb
United States District Judge

March 7, 2025

Hon. Renée Marie Bumb
Chief Judge
United States District Court
District of New Jersey - Camden

Re: NELSON ORTIZ v. COUNTY OF CUMBERLAND; WARDEN EUGENE CALDWELL; SGT. R. MENDIBLES; SGT. D. GOVAN; SGT. HINES; SGT. FAZZOLARY; CFG HEALTH SYSTEMS, LLC; ~~GABRIELLE FRISBEY~~
Civil Action Number: 21-cv-19953-RMB/AMD

Dear Judge Bumb:

Our office represents Defendants Mendibles, Govan, Hines, and Fazzolari in the above referenced matter. Currently pending before the Court is Defendants' motion for summary judgment (ECF 119) and Cumberland County's motion for summary judgment (ECF 120), both initially returnable March 3, 2025.

At Plaintiff's request, and with the consent of Defendants, the return date was extended to March 17, 2025, pursuant to L.Civ.R. 7.1. Pursuant to the Court's Order of February 18, 2025, (ECF 124), Plaintiff filed his Opposition on March 3, 2025. Defendants' Replies are due March 10, 2025.

Defendants request a one-week extension to file their Reply Briefs, making the due date March 17, 2025. Counsel for Plaintiff

Page 2
March 7, 2025
Re: Ortiz v. Cumberland County

has consented to this request. Defendant Cumberland County joins in this request.

    Thank you for your time and attention to this matter.

                                   Respectfully submitted,

                          By: _/s/ *Greg DiLorenzo*_____
                                  Greg DiLorenzo, Esquire

cc: Matthew Hamermesh, Esq.
    Kyle M. Heisner
    *Via ECF*