# HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

ATTORNEYS AT LAW / A PROFESSIONAL CORPORATION

One Logan Square
27th Floor
Philadelphia, PA 19103-6933
215.568.0300/facsimile

www.hangley.com

PHILADELPHIA, PA
CHERRY HILL, NJ
HARRISBURG, PA
PLYMOUTH MEETING, PA

**Kyle M. Heisner**
**Direct Dial: 215.496.7052**
**E-mail: kheisner@hangley.com**

September 19, 2025

**<u>Via ECF Filing</u>**

Honorable Ann Marie Donio
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: Nelson Ortiz v. County of Cumberland, et al., et al., District of New Jersey, Case 1:21-19953

Dear Judge Donio:

On behalf of Plaintiff Nelson Ortiz, I am writing to respectfully request an adjournment of the Final Pretrial Conference in this matter by at least 60 days, along with the interim deadline for the parties to submit their Joint Pretrial Order pursuant to Your Honor's September 3, 2025 Scheduling Order (Doc. No. 137).

The parties have reached a settlement in principle, contingent on approval from the Cumberland County Insurance Commission at their next monthly meeting. We anticipate that the settlement will be finalized and stipulations of dismissal filed within the next 60 days, rendering the Final Pretrial Conference unnecessary if an adjournment is granted. All parties consent to this request.

Respectfully,

*(signature)*

Kyle M. Heisner

cc: All counsel of record (via ECF Filing)